Case 16-02164    Filed 08/09/16    Doc 1

(4)

FILED

AUG - 9 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

GERALD W. FILICE
2443 Fair Oaks Boulevard, #125
Sacramento, California 95825
(916) 914-3847

Pro Se

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DISTRICT

In re:

GERALD WILLIAM FILICE,

Debtor.
_____/

GERALD W. FILICE, Plaintiff,

v.

PRP II PALS INVESTMENTS TRUST,

Defendant.
_____/

Case No. 15-29534
Chapter 11

Adversary Proceeding No. 16-2164

COMPLAINT TO DETERMINE VALIDITY, PRIORITY AND EXTENT OF LIEN IN PROPERTY, VALIDITY OF CLAIM, DECLARATORY RELIEF AND INJUNCTION

[BR 3007(b), 7001(2), (7), (9)]

Hon. Christopher Klein

COMES NOW the Debtor and Plaintiff, GERALD W. FILICE, and alleges as follows:

**<u>CLAIM FOR RELIEF</u>**

1. Plaintiff GERALD W. FILICE is the Debtor in the above-captioned proceeding under Title 11 of the United States Code, Chapter 11, case no. 15-29534, pending before the United States Bankruptcy Court, Eastern District of California, Sacramento District.
2443 Fair Oaks Blvd., #125
Sacramento, CA 95825
(916) 914-3847

- 1 -

2. Defendant PRP II PALS INVESTMENTS TRUST, is a creditor of the Plaintiff who claims a lien in the property of the Plaintiff, located at 4040 Rontree Lane, Somerset, El Dorado County, California.

3. This adversary proceeding is brought pursuant to Bankruptcy Rules 3007(b), 7001(2), (7) and (9), to determine the validity of the claim filed in this case by or on behalf of defendant, the validity, priority or extent of a lien in property, specifically the above-described real property of the Plaintiff; for an injunction; and for declaratory relief regarding the same. This Court has jurisdiction under the above-referenced Bankruptcy Rules and Section 1334 of Title 28 of the United States Code to hear this matter. This is a core proceeding of the above-alleged bankruptcy case of the Plaintiff.

4. Defendant, on about April 11, 2016, filed its proof of Claim, in th total amount of $309,161.64. As shown in the Proof of Claim, the loan which forms the basis of the claim had a **_principal balance_** since March 13, 2002, of $130,368.71. Plintiff is informared and believes, and thereon alleges, that since on or about 2007, the property has been in a single foreclosure process which has been stayed by proceedings in this Court. As indicated in said Proof of Claim, defendant and its predecessors have added attorneys' fees and costs, and other related costs, to this account in the amount of $34,988.52, plus made an alleged "advance" in the unpaid amount of $14,251.84, for total costs of $49,240.36. Plaintiff further is informed and believes, and thereon alleges, that Defendant will add or attempt to add additional attorney's fees and costs, and other expenses to this account.

5. Plaintiff is informed and believes, and thereon alleges, that the above-described fees and costs sought to be added to the lien are, in whole or in part, illegal and in violation of the laws of the State of California, and/or the Bankruptcy laws of the United States, and may not be collected and demanded as part of a lien against real property from a Debtor in bankruptcy, or under State law when enforcing a Deed of Trust.

6. Plaintiff is further informed and believes, and thereon alleges, that the computation

of the alleged delinquent payments and the interest accruing thereon is inaccurate, incomplete, and misleading.

7. As a result, a dispute has arisen between Plaintiff and Defendant as to the validity, priority and extent of Defendant's lien in Plaintiff's property. Plaintiff seeks a declaratory Judgment of this Court determining the validity, priority and extent of Defendant's lien in Plaintiff's property, and the amount necessary to reinstate said lien. Plaintiff further seeks to invalidate those portions of the amount of the claim which are illegal and unlawful under applicable laws.

8. Plaintiff further seeks an injunction against Defendant, and all those acting in concert with Defendant, including any trustee under the Deed of Trust, from taking any further steps to foreclose on the above-referenced property of Plaintiff, pending final Judgment in this action.

9. The Deed of Trust at issue, as given effect by California Civil Code Section 1717, provides for an award of attorney's fees and costs to the prevailing party. In this action, Plaintiff has incurred, and will continue to incur, attorney's fees and costs, and is entitled to an award of the same against Defendant in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for Judgment against Defendant as follows:

1. For a Declaration of the validity, priority and extent of the lien of Defendant in the Plaintiff's property at 4040 Rontree Lane, Somerset, California 95684.

2. For an Order that the illegal and unlawful portions of the amount claimed by defendant be disallowed.

3. For an Injunction against Defendant and all those acting in concert with Defendant, from taking any further steps to foreclose on the above-referenced real property of Plaintiff, until final Judgment of this Court.

4. For a finding that Plaintiff is the prevailing party and it entitled to attorney's fees and costs incurred.

Sacramento, CA 95825
(916) 914-3847

- 3 -

5. For such other and further relief as the Court shall deem just and proper.

Date: August 8, 2016

_____
GERALD W. FILICE
Pro Se